# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| Azucena Calleja Garcia, Lisette Calleja, Ana Line Beade, Eric Cisneros, and Gabriela Garcia | ) The Hon. Judge Phillip Simon ) ) |
| Plaintiffs, | ) 2:22-cv-00043 ) |
| v. | ) ) |
| Mielle Organics, LLC and Monique Rodriguez, | ) Magis Judge John E. Martin ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS THE CASE WITH PREJUDICE

Plaintiffs, Azucena Calleja Garcia, Lisette Calleja, Ana Line Beade, Eric Cisneros, and Gabriela Garcia, and Defendant, Mielle Organics, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), hereby stipulate to the dismissal of all claims in the above action, with prejudice and without costs, with each party to bear his own attorney's fees and costs.

DATED: December 22, 2022


_____/s/ James M. Dore_____

**Justicia Laboral LLC**
*Attorneys for Plaintiffs*
James M. Dore (IL ARDC 6296265)
6232 N. Pulaski, #300
Chicago, IL 60646
773-415-4898
jdore@justicialaboral.com



/s/ Michael E. Tolbert_____

**TOLBERT & TOLBERT LLC**
*Attorney for Defendants*
Michael E. Tolbert, Atty No.: 22555-45
1085 Broadway, Ste. B
Gary, IN 46402
Ph: 219-427-0094
Fax: 219-427-0783

## Certificate of Service

On December 22, 2022, I caused the Stipulation to Dismiss with Prejudice to be served upon the below parties at the addresses above by ECF.

**TOLBERT & TOLBERT LLC**
*Attorney for Defendants*
Michael E. Tolbert, Atty No.: 22555-45
1085 Broadway, Ste. B
Gary, IN 46402
Ph: 219-427-0094
Fax: 219-427-0783

/s/  James M. Dore

**Justicia Laboral LLC**
James M. Dore (ARDC No. 6296265)
Daniel Schlade (ARDC No. 6273007)
Attorneys For Plaintiff
6232 N. Pulaski, #300
Chicago, IL 60646
P: 773-415-4898; E: jdore@justicialaboral.com