UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| AZUCENA CALLEJA GARCIA, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Cause No. 2:22-CV-43-PPS-JEM |
| MIELLE ORGANICS, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) | |

# ORDER

The parties have filed stipulations to dismiss the claims against Defendants Mielle Organics, LLC and Monique Rodriguez. [DE 27; DE 28.]

ACCORDINGLY:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the stipulations to dismiss [DE 27; DE 28] are **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**, without costs to any party. Defendant Monique Rodriguez's motion to dismiss [DE 14] is **DENIED AS MOOT**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

ENTERED: December 23, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT